IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A. PAUL WROBLE, JR., | |
| Plaintiff, | |
| vs. | Civil Action No. 2:11-cv-00778 |
| MATT CANESTRALE CONTRACTING, INC., in its own right and as owner of the Motor Vessel Sheila; ALLEGHENY ENERGY, INC.; ALLEGHENY ENERGY SERVICE CORPORATION; ALLEGHENY ENERGY SUPPLY COMPANY, LLC; WEST PENN POWER COMPANY, | Hon. Terrence F. McVerry |
| Defendants. | |

**AMENDED** *TMcV*

**ORDER**

AND NOW, this 25th day of June 2012, it is hereby Ordered that the parties' Joint Motion for Leave to File under Seal Petition for Leave to Compromise and Settle Claims of Plaintiff-Seaman is granted IN PART as follows:

a. The Petition of A. Paul Wroble, Jr. for Leave to Compromise and Settle Claims of Plaintiff-Seaman, together with any and all exhibits to the Petition, ~~any settlement hearing transcript, and the Order disposing of the Petition~~ PROVISIONALLY *TMcV* shall be filed under seal pursuant to this Court's Electronic Case Filing Policies and Procedures. Said petition shall be presented to the Clerk of Courts for filing in the traditional manner on paper in a sealed envelope marked "sealed" and with appropriate court and case identifying information, accompanied by a disk or CD-ROM containing the document in PDF format;

b.  ~~The transcript of the LR 17.2 settlement hearing on A. Paul Wroble, Jr.'s Petition shall be filed under seal~~;  *TMcV*

c.  ~~The Order disposing of A. Paul Wroble, Jr.'s Petition shall be filed under seal~~;

d.  Any document filed under seal with the Clerk of Court pursuant to this Order shall be marked with the notation: "Not to be unsealed without further Order of Court after reasonable written notice to A. Paul Wroble, Jr., Matt Canestrale Contracting, Inc., Allegheny Energy, Inc., Allegheny Energy Services Corporation, Allegheny Energy Supply Company, LLC and West Penn Power Company advising of the request to unseal and providing each with the opportunity for hearing.";

e.  The Court Reporter transcribing the LR 17.2 settlement hearing on A. Paul Wroble, Jr.'s Petition shall provide counsel for Defendants with a transcript of the settlement hearing at Defendants' expense ~~before the transcript is placed under seal~~;  *TMcV*

f.  The Clerk of Court shall provide counsel for Defendants with certified copies of A. Paul Wroble, Jr.'s Petition, together with any and all exhibits thereto, as well as the Order disposing of A. Paul Wroble, Jr.'s Petition ~~before such documents are placed under seal~~.  *TMcV*

_____
TERRENCE F. MCVERRY
UNITED STATES DISTRICT JUDGE

{CLIENT FILES/8033/1/PLEAD/00032393.DOCX }